UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINALD CUPID NOBLE, ESTATE TRUST, JAMES CUPID NOBLE, ESTATE, Prime Minister, Noble: Judah A. Bey Isra'el of the Shaykamaxum Republic A Aboriginal Indigenous Government On behalf as General Executor<br><br>Plaintiff,<br><br>v.<br><br>RON THALHEIMER, SENIOR VICE PRESIDENT, Account Maintenance, D/B/A Fidelity Investment et al.,<br><br>Defendant. | Civil Action No. 12-cv-04198 (KM)<br><br>**ORDER** |

**MCNULTY**, District Judge

**IT APPEARING** that Plaintiff pro se filed a complaint, (the "Complaint") in this Court on July 9, 2012; and it further

**APPEARING** that Plaintiff filed a Motion for Default Judgment that was premature because Defendant's time to respond had not yet expired; and it further

**APPEARING** that Defendant has filed a Motion to Dismiss based on (i) the Court's lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2); (ii) insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5); and (iii) Plaintiff's failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); and it further

**APPEARING** that Federal Rule of Civil Procedure 8(a)(2) requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief"; and it further

**APPEARING** that even allowing for liberal construction of pro se pleadings, *Haines v. Kerner*, 92 S. Ct. 594 (1972), the Court cannot discern the legal injury, if any, that Plaintiff is alleging; and it further

**APPEARING** that the Defendant is also claiming ineffective service of process and in personam jurisdiction defects; and it further

**APPEARING** that, given the substantive defects of the complaint, it would not be a prudent use of judicial resources to have Plaintiff remedy defects in service at the present time;

**IT IS** on this 25th day of September, 2012,

**ORDERED** that the Complaint be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 8(a); and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment be and hereby is **DISMISSED AS MOOT**.

Plaintiff is granted leave to file an amended complaint. He is directed to state plainly and in brief the grounds upon which he is suing, or risk dismissal of his amended complaint WITH PREJUDICE. Plaintiff is not required to refile the exhibits to his original Complaint, which will be deemed to be part of any amended complaint.

/s/ Kevin McNulty
HON. KEVIN MCNULTY
United States District Judge